UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
JAVIER SOLIS,                                             :
                                                         :
                              Plaintiff,                 :        **ORDER**
                                                         :
            -against-                                    :        24 Civ. 4239 (AKH)
                                                         :
THE CITY OF NEW YORK, ET AL,                             :
                                                         :
                              Defendants.                :
                                                         :
                                                         :
                                                         :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

  The conference scheduled for October 11, 2024, is adjourned to December 6, 2024, at

10:00 a.m.  The conference will be conducted by telephone via the following call-in number:

    **Call-in number: 646-453-4442**

    **Phone conference ID:  215 968 867#**

  To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those

calling in (other than counsel) to mute their telephones.  Additionally, all participants are

directed to call in **10 minutes** prior to the start of the conference.

  Finally, no later than December 3, 2024 at 12:00 p.m., the parties shall jointly submit to

the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all

counsel expected to appear on the record, along with their contact information.

  SO ORDERED.

Dated:  October 8, 2024
   New York, New York

              ALVIN K. HELLERSTEIN
              United States District Judge