

# The Law Office of
## Joshua Moskovitz P.C.

392 Central Ave. #7803
Jersey City, NJ 07307

14 Wall St., Suite 1603
New York, NY 10005

Tel. (212) 380-7040
Josh@MoskovitzLaw.com

October 30, 2024

So Ordered
10-30-24
/s/ A.K. Hellerstein

**BY ECF and FAX**

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: (212) 805-7942

Re:  *Javier Solis v. City of New York*, Case No. 24 Civ. 4239 (AKH)

Your Honor:

    I write on behalf of Plaintiff, with consent of counsel for Defendant City of New York, to request an extension of the November 1, 2024 deadline in paragraphs B(2) and (3) of the Court's Civil Case Management Plan (Dkt. 16) for the joinder of additional parties and to file amended pleadings. Plaintiff requests a three-week extension, until November 22, 2024, for these deadlines. The reason for this request is that Plaintiff has not yet received information he needs to identify the John Doe defendants because the parties have not yet reached agreement on a confidentiality stipulation and protective order. The parties have made substantial progress in resolving disagreements about the confidentiality stipulation and we anticipate a proposed order will be filed shortly. If this request is granted, it will not require a modification of any other date in the current scheduling order. ~~A proposed order on this request is enclosed.~~

Respectfully,

Joshua S. Moskovitz

Enc.

cc:  All Counsel of Record