

**THE CITY OF NEW YORK**

MURIEL GOODE-TRUFANT
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

ALEXANDRA CORSI
*Senior Counsel*
Tel.: (212) 356-3545
acorsi@law.nyc.gov

September 9, 2025

**BY ECF & FAX**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10019
(f) 212-805-7942

      Re:    *Javier Solis v. City of New York, et al.*, 24 CV 4289 (AKH)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York and the attorney representing the City of New York in the above-referenced matter. In that capacity, I write to advise the court that this matter settled. Accordingly, the parties are now in the process of preparing the necessary settlement paperwork; once it is prepared and fully executed, the Stipulation of Settlement and Order of Dismissal will be filed with the Court for endorsement. Given the settlement, it is respectfully requested that all deadlines in this case, including the December 12, 2025 conference be adjourned *sine die*. We thank the Court for its time and consideration.

      Respectfully submitted,

      /s/ *Alexandra Corsi*

      Alexandra Corsi
      *Senior Counsel*

cc:    Jason Leventhal, Esq. (by ECF)
      *Attorney for Plaintiff*
      John Burns, Esq. (by ECF)
      *Attorney for Defendant Sarter*

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein, U.S.D.J.
> Date: 9/10/2025

1